```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          WESTERN DIVISION


JAMES VEST,                         ) Case No. CV 15-4698-JVS(AJW)
                                    )
          Petitioner,               )
                                    )
     v.                             )
                                    )   JUDGMENT
STATE OF CALIFORNIA,                )
                                    )
          Respondent.               )
_____)
```

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: August 31, 2015

_____
James V. Selna
United States District Judge